TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00717-CV

Doris Marroquin Terry, Appellant

v.

Fairfield Financial Group, Inc., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT

NO. 98-06624, HONORABLE CHARLES F. CAMPBELL JR., JUDGE PRESIDING 

PER CURIAM

 Appellant Doris Marroquin Terry appeals the trial court's Order on Petition in
Interpleader. On November 14, 2000, this Court advised Appellant that the order did not appear
to be either a final judgment or an appealable interlocutory order and requested Appellant to
respond by November 28, 2000 and provide any reason why the cause should not be dismissed
for want of jurisdiction. Appellant has not provided a written response advising why the cause
should not be dismissed. Accordingly, this Court dismisses the above-styled cause for want of
jurisdiction.

Before Justices Kidd, B. A. Smith and Puryear 

Dismissed For Want of Jurisdiction

January 19, 2001

Do Not Publish